UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAWAYNE LEE TURNER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DOLLY MATTUECCI,<br><br>　　　　　Respondents. | No. 2:16-cv-0791 JAM KJN P<br><br><br>ORDER TO SHOW CAUSE |

　　　　Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 24, 2017, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Id.

　　　　Although it appears from the file that petitioner's copies of recent orders were returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's January 24, 2017 motion to dismiss (ECF No. 13) should not be granted.

Dated: March 3, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

turn0791.46h